IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL W. BURRIS                                 PETITIONER

V.                  CASE NO. 2:18-CV-9-JM-BD

GENE BEASLEY, Warden,
Federal Correctional Institution-Low,
Forrest City, Arkansas                                RESPONDENT

## ORDER

       The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Burris's timely objections and supplemental objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The case is DISMISSED, without prejudice.

       IT IS SO ORDERED, this 23rd day of March, 2018.

                                                    UNITED STATES DISTRICT JUDGE